834

No. 4, Misc. GRAY v. BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. John E. Ruth* for respondent.

No. 8, Misc. LOVELY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *David W. Robinson* and *James F. Dreher* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 11, Misc. DAUGHARTY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *George D. Rives* for petitioner. *Solicitor General Perlman* for the United States.

No. 12, Misc. AUSTIN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 14, Misc. KEHOE v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 19, Misc. MAXWELL v. HUDSPETH, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 20, Misc. SMALL v. RAGEN, WARDEN. Circuit Court of Will County, Circuit Court of Hancock County, and the Supreme Court of Illinois. Certiorari denied.

No. 21, Misc. DARDEN v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 22, Misc. LEE v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 25, Misc. ABBOTT v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.